UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUAN D. DELGADO,

    Petitioner,

v.                                                  Case No. 3:09-cv-666-J-34TEM

WALTER A. MCNEIL,
etc.; et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court sua sponte. On July 17, 2009, pursuant to the mailbox rule, Petitioner filed a Petition for Writ of Habeas Corpus. This Court takes judicial notice of Petitioner's previous filing in this Court: Case No. 3:05-cv-1215-J-33HTS, which was also a Petition for Writ of Habeas Corpus. Before a second or successive habeas corpus application is filed in this Court, Petitioner must move in the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider his application. See 28 U.S.C. §2244(b)(3)(A). For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit. The Court notes, however, that the dismissal

without prejudice does not excuse Petitioner from the one year period of limitation for filing a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d).

Therefore, it is now

**ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of July, 2009.

MARCIA MORALES HOWARD
United States District Judge

sc 7/23
c:
Juan D. Delgado